UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-3085**

Case Title: **Firexo, Inc.** vs. **Firexo Group Limited**

List all clients you represent in this appeal:

**Firexo Group Limited**

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☒ Appellee    ☐ Respondent   ☐ Intervenor          (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jason J. Blake**          Signature: s/ **Jason J. Blake**

Firm Name: **Calfee, Halter & Griswold LLP**

Business Address: **1200 Huntington Center, 41 S. High Street**

City/State/Zip: **Columbus, OH 43215**

Telephone Number (Area Code): **614-621-1500**

Email Address: **jblake@calfee.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---