# IN THE UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Firexo, Inc. | ) | Case No.: 23-3085 |
|    Appellant, | ) | **MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF** |
| vs. | ) | |
| Firexo Group Limited, | ) | |
|    Appellee. | ) | Paul T. Belazis<br>7654 W. Bancroft Street,<br>Toledo, Ohio 43617<br>belazis@maf-law.com<br>419 367-0490<br>Counsel for Appellant |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appellant Firexo, Inc. respectfully moves for an extension of time to file their Appellant's Brief. The parties participated in mediation with the Sixth Circuit's Mediation Office on March 27, 2023. The mediation was unsuccessful. In light of those circumstances and for the purpose of allow additional time to fully address the important issues on appeal, Appellant respectfully requests an extension of 10 days until April 13, 2023 to file its brief. Counsel for Appellee has indicated no objection to this request.

Respectfully submitted,

/s/ Paul T. Belazis

Paul T. Belazis

## Certificate of Service

The undersigned certifies that the forgoing motion was served on all counsel of record by operation of the Court's electronic filing system.

/s/ Paul T. Belazis

_____